UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



Oct 22, 2008

FILED
CLERK'S OFFICE

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION      MDL No. 1928

(SEE ATTACHED SCHEDULE)      08-C-601-C

### CONDITIONAL TRANSFER ORDER (CTO-15)

On April 7, 2008, the Panel transferred 17 civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 545 F.Supp.2d 1357 (J.P.M.L. 2008). Since that time, 56 additional actions have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Donald M. Middlebrooks.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Middlebrooks.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Donald M. Middlebrooks.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 07, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION        MDL No. 1928

### SCHEDULE CTO-15 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CONNECTICUT** | |
| CT 3 08-1442 | Ronald Marme, et al. v. Bayer Healthcare AG, et al. |
| CT 3 08-1443 | Joanne M. Weatherhead, etc. v. Bayer Corp., et al. |
| CT 3 08-1475 | Barbara DeGreve, etc. v. Bayer Healthcare Pharmaceuticals, Inc., et al. |
| **DELAWARE** | |
| ~~DE 1 08-640~~ | ~~Eileen Hutchins, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-641~~ | ~~Richard Hickmott, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-642~~ | ~~Lee Koester, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-643~~ | ~~Robert Jones, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-644~~ | ~~Maria Gonzalez, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-645~~ | ~~Roy Lee Good, et al. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-646~~ | ~~Stan Simpson, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-647~~ | ~~Janice P. Keisler, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-648~~ | ~~Saundra G. Hodges, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-649~~ | ~~Dorothy Jenkins, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-650~~ | ~~Derek Hughes v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-651~~ | ~~Carter L. Hooker, III v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-652~~ | ~~Lorma Hladky, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-653~~ | ~~Lois W. Chase, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-654~~ | ~~Harvey Keith v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-655~~ | ~~Ruth Laitman, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-656~~ | ~~Ratesh Kumar v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-657~~ | ~~Robert Kucenski, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-658~~ | ~~Audrey J. King v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-659~~ | ~~Morris L. Goff, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-660~~ | ~~Eddie Lee Johnson v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-661~~ | ~~Mary E. Gruendyke, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-662~~ | ~~Knute Heinz, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-663~~ | ~~Carla Davis, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-664~~ | ~~George Hilton v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-665~~ | ~~Melody Jean Church, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-666~~ | ~~Harry J. Barnes, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-667~~ | ~~Sharon F. Fulkerson, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-668~~ | ~~Deborah Gallier Fontenot, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |

## MDL No. 1928 - Schedule CTO-15 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**      **CASE CAPTION**

~~DE 1 08-669~~ ~~Jerome Baumgarter, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-670~~ ~~Jackie Wilson Hardy, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-671~~ ~~Elizabeth Ferrentino, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-672~~ ~~Elizabeth Cross, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-673~~ ~~Van S. Ferguson v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-674~~ ~~Virginia Ann Fabbro v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-675~~ ~~Eddie Dickerson, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-676~~ ~~Laura A. Lawton, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-677~~ ~~Albert Warnement v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-678~~ ~~James S. Michelucci, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-679~~ ~~Ramona Martinez v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-680~~ ~~Kathy J. Burton, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-681~~ ~~Michael Frank Barker, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-682~~ ~~Carol L. Slocum v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-683~~ ~~Reverend Earl Carlberg, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-684~~ ~~Darrell Lynn Burcham, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-685~~ ~~Henry Veasley, Jr. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-686~~ ~~Edward A. Brunner v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-687~~ ~~Thomas Lewis, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-688~~ ~~Nancy A. Cox v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-689~~ ~~John Wayne Truxal v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-690~~ ~~Roger Harmon, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-691~~ ~~J. Shane Taylor, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-692~~ ~~Regina H. McCaskill, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-693~~ ~~Allan R. Friedman, II, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-694~~ ~~Ann Watson, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-695~~ ~~Lilia Bell, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-696~~ ~~Deete Jean Pletscher, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-697~~ ~~Alice Davis v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-698~~ ~~Jessia Hammond, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-699~~ ~~Lettitia Millican v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-700~~ ~~Aq Norsworthy v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-701~~ ~~Beverly J. Murray v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-702~~ ~~David J. Larsen, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-703~~ ~~Karin Martin, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-704~~ ~~John D. Haddenham, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-705~~ ~~Willie May Haselden, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-706~~ ~~Jack B. Nightingale, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08

## MDL No. 1928 - Schedule CTO-15 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**          **CASE CAPTION**

~~DE 1 08-707~~          ~~Claude D. Jones, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-708~~          ~~Barbara Daniels v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-709~~          ~~James M. Harris, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-710~~          ~~Louise Davenport v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-711~~          ~~William A. Smakal, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-712~~          ~~Anthony J. Miller v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-713~~          ~~Paul E. Potter, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-714~~          ~~Peter P. Spawn v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-715~~          ~~Joann Clarke, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-716~~          ~~Rosie M. Pryne v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-717~~          ~~Thomas J. Reilly v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-718~~          ~~Jennifer Worthy, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-719~~          ~~Ted Mummery, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-720~~          ~~Marie Moore, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-721~~          ~~Max Gravette, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-722~~          ~~Joseph M. Gores, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-723~~          ~~Joanne Mitchel, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-724~~          ~~Alan D. Schwartz, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-725~~          ~~Harold A. Weiss, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-726~~          ~~Michelle Frank, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-727~~          ~~Thadeus Waiters, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-728~~          ~~Delores I. DeLuca, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-729~~          ~~Dennis L. Croasmun, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-730~~          ~~Debra L. Davis, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-731~~          ~~Joyce Coogan, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-732~~          ~~Lorraine E. Woodhead v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-733~~          ~~Judy Russ Ware, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-734~~          ~~Cheryl Collins v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-735~~          ~~Norlin E. Yatckoski, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-736~~          ~~Sharon A. Burge, etc. v. Bayer Corp. et al.~~ Opposed 11/06/08
~~DE 1 08-737~~          ~~Burleigh A. Rideau, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-738~~          ~~James Harold Orr, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-739~~          ~~Marylyn E. Shoemaker, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-740~~          ~~Paul Potesta, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-741~~          ~~Harriet Sykes, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-742~~          ~~Kim Randall Simons, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08
~~DE 1 08-743~~          ~~Peggy Vickery, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08

Case: 3:08-cv-00601-bbc   Document #: 5   Filed: 11/07/08   Page 5 of 5

Page 4 of 4

**MDL No. 1928 - Schedule CTO-15 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MINNESOTA** | |
| MN  0  08-5387 | Mary T. Broda, etc. v. Bayer Corp., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS  3  08-593 | Johnny Ward Putnam v. Bayer AG, et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM  1  08-730 | Donna S. Kozik, etc. v. Bayer Corp., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW  3  08-467 | Richard B. Hoke, etc. v. Bayer Corp., et al. |
| **OHIO SOUTHERN** | |
| OHS  1  08-704 | Robert Niesel, et al. v. Bayer Corp., et al. |
| **OKLAHOMA WESTERN** | |
| OKW  5  08-1058 | Nancy Gibson, etc. v. Bayer Healthcare AG, et al. |
| **WISCONSIN WESTERN** | |
| WIW  3  08-601 | Patricia A. Kidd v. Bayer Corp., et al. |