A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Nov 07, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 22, 2008

FILED
CLERK'S OFFICE

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION          MDL No. 1928

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-15)

On April 7, 2008, the Panel transferred 17 civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 545 F.Supp.2d 1357 (J.P.M.L. 2008). Since that time, 56 additional actions have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Donald M. Middlebrooks.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Middlebrooks.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Donald M. Middlebrooks.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 07, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _Dina R. Eaton_
                    Deputy Clerk
Date 11/7/2008

Page 1 of 4

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION                MDL No. 1928

## SCHEDULE CTO-15 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| CONNECTICUT | |
| CT 3 08-1442 | Ronald Marme, et al. v. Bayer Healthcare AG, et al. |
| CT 3 08-1443 | Joanne M. Weatherhead, etc. v. Bayer Corp., et al. |
| CT 3 08-1475 | Barbara DeGreve, etc. v. Bayer Healthcare Pharmaceuticals, Inc., et al. |
| DELAWARE | |
| ~~DE 1 08-640~~ | ~~Eileen Hutchins, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-641~~ | ~~Richard Hickmott, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-642~~ | ~~Lee Koester, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-643~~ | ~~Robert Jones, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-644~~ | ~~Maria Gonzalez, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-645~~ | ~~Roy Lee Good, et al. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-646~~ | ~~Stan Simpson, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-647~~ | ~~Janice P. Keisler, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-648~~ | ~~Saundra G. Hodges, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-649~~ | ~~Dorothy Jenkins, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-650~~ | ~~Derek Hughes v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-651~~ | ~~Carter L. Hooker, III v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-652~~ | ~~Lorma Hladky, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-653~~ | ~~Lois W. Chase, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-654~~ | ~~Harvey Keith v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-655~~ | ~~Ruth Laitman, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-656~~ | ~~Ratesh Kumar v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-657~~ | ~~Robert Kucenski, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-658~~ | ~~Audrey J. King v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-659~~ | ~~Morris L. Goff, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-660~~ | ~~Eddie Lee Johnson v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-661~~ | ~~Mary E. Gruendyke, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-662~~ | ~~Knute Heinz, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-663~~ | ~~Carla Davis, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-664~~ | ~~George Hilton v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-665~~ | ~~Melody Jean Church, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-666~~ | ~~Harry J. Barnes, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-667~~ | ~~Sharon F. Fulkerson, et al. v. Bayer Corp., et al.~~ Opposed 11/06/08 |
| ~~DE 1 08-668~~ | ~~Deborah Gallier Fontenot, etc. v. Bayer Corp., et al.~~ Opposed 11/06/08 |

## MDL No. 1928 - Schedule CTO-15 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|
| DE | 1 | 08-669 | Jerome Baumgarter, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-670 | Jackie Wilson Hardy, etc. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-671 | Elizabeth Ferrentino, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-672 | Elizabeth Cross, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-673 | Van S. Ferguson v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-674 | Virginia Ann Fabbro v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-675 | Eddie Dickerson, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-676 | Laura A. Lawton, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-677 | Albert Warnement v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-678 | James S. Michelucci, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-679 | Ramona Martinez v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-680 | Kathy J. Burton, etc. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-681 | Michael Frank Barker, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-682 | Carol L. Slocum v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-683 | Reverend Earl Carlberg, etc. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-684 | Darrell Lynn Burcham, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-685 | Henry Veasley, Jr. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-686 | Edward A. Brunner v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-687 | Thomas Lewis, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-688 | Nancy A. Cox v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-689 | John Wayne Truxal v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-690 | Roger Harmon, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-691 | J. Shane Taylor, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-692 | Regina H. McCaskill, etc. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-693 | Allan R. Friedman, II, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-694 | Ann Watson, etc. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-695 | Lilia Bell, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-696 | Deete Jean Pletscher, etc. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-697 | Alice Davis v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-698 | Jessia Hammond, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-699 | Lettitia Millican v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-700 | Aq Norsworthy v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-701 | Beverly J. Murray v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-702 | David J. Larsen, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-703 | Karin Martin, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-704 | John D. Haddenham, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-705 | Willie May Haselden, etc. v. Bayer Corp., et al. | Opposed 11/06/08 |
| DE | 1 | 08-706 | Jack B. Nightingale, et al. v. Bayer Corp., et al. | Opposed 11/06/08 |

## MDL No. 1928 - Schedule CTO-15 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| DE | 1 | 08-707 | Claude D. Jones, etc. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-708 | Barbara Daniels v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-709 | James M. Harris, et al. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-710 | Louise Davenport v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-711 | William A. Smakal, et al. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-712 | Anthony J. Miller v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-713 | Paul E. Potter, et al. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-714 | Peter P. Spawn v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-715 | Joann Clarke, et al. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-716 | Rosie M. Pryne v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-717 | Thomas J. Reilly v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-718 | Jennifer Worthy, etc. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-719 | Ted Mummery, etc. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-720 | Marie Moore, etc. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-721 | Max Gravette, et al. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-722 | Joseph M. Gores, et al. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-723 | Joanne Mitchel, etc. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-724 | Alan D. Schwartz, et al. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-725 | Harold A. Weiss, et al. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-726 | Michelle Frank, etc. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-727 | Thadeus Waiters, et al. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-728 | Delores I. DeLuca, etc. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-729 | Dennis L. Croasmun, et al. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-730 | Debra L. Davis, etc. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-731 | Joyce Coogan, et al. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-732 | Lorraine E. Woodhead v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-733 | Judy Russ Ware, etc. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-734 | Cheryl Collins v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-735 | Norlin E. Yatckoski, et al. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-736 | Sharon A. Burge, etc. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-737 | Burleigh A. Rideau, et al. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-738 | James Harold Orr, et al. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-739 | Marylyn E. Shoemaker, etc. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-740 | Paul Potesta, etc. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-741 | Harriet Sykes, etc. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-742 | Kim Randall Simons, etc. v. Bayer Corp., et al. Opposed 11/06/08 |
| DE | 1 | 08-743 | Peggy Vickery, etc. v. Bayer Corp., et al. Opposed 11/06/08 |

## MDL No. 1928 - Schedule CTO-15 Tag-Along Actions (Continued)

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| **MINNESOTA** | |
| MN 0 08-5387 | Mary T. Broda, etc. v. Bayer Corp., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 3 08-593 | Johnny Ward Putnam v. Bayer AG, et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 08-730 | Donna S. Kozik, etc. v. Bayer Corp., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 3 08-467 | Richard B. Hoke, etc. v. Bayer Corp., et al. |
| **OHIO SOUTHERN** | |
| OHS 1 08-704 | Robert Niesel, et al. v. Bayer Corp., et al. |
| **OKLAHOMA WESTERN** | |
| OKW 5 08-1058 | Nancy Gibson, etc. v. Bayer Healthcare AG, et al. |
| **WISCONSIN WESTERN** | |
| WIW 3 08-601 | Patricia A. Kidd v. Bayer Corp., et al. |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge W. Royal Furgeson, Jr.<br>United States District Court<br>Western District of Texas | **DIRECT REPLY TO:**<br><br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:         [202] 502-2888<br>http://www.jpml.uscourts.gov |

November 7, 2008

Steven Larimore, Clerk
Paul G. Rogers Federal Building & Courthouse
701 Clematis Street
2nd Floor
West Palm Beach, FL 33401

Re: MDL No. 1928 -- IN RE: Trasylol Products Liability Litigation

(See Attached CTO-15)

Dear Mr. Larimore:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 22, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached to this letter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Denise Morgan-Stone
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:      Judge Donald M. Middlebrooks

JPML Form 36A

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION    MDL No. 1928

INVOLVED COUNSEL LIST (CTO-15)

Janet G. Abaray
BURG SIMPSON ELDREDGE HERSH &
JARDINE PC
312 Walnut Street
Suite 2090
Cincinnati, OH 45202

Theodore Babbitt
BABBITT JOHNSON OSBORNE &
LECLAINCHE PA
1450 Centrepark Boulevard
Suite 100
West Palm Beach, FL 33401

Paul E. Benson
MICHAEL BEST & FRIEDRICH LLP
100 E. Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108

Melissa S. Caulum
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, #700
P.O. Box 1806
Madison, WI 53701-1806

Edward T. Ciconte
CICONTE WASSERMAN & SCERBA
1300 King Street
P.O. Box 1126
Wilmington, DE 19899

Neal A. DeYoung
KOSKOFF KOSKOFF & BIEDER PC
350 Fairfield Avenue
P.O. Box 1661
Bridgeport, CT 06604

Margaret F. England
ECKERT SEAMANS CHERIN & MELLOTT LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE 19801

Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Seth L. Huttner
WIGGIN & DANA
One Cityplace
185 Asylum Street
Hartford, CT 06103

Raymond Krek
KREK & ASSOCIATES PC
323 South Whitewater Avenue
P.O. Box 399
Jefferson, WI 53549

Charles S. Loftis
BOETTCHER LAW FIRM
P.O. Box 1588
Ponca City, OK 74602

Patricia E. Lowry
SQUIRE SANDERS & DEMPSEY LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

**MDL No. 1928 - Involved Counsel List (CTO-15) (Continued)**   Page 2 of 2

Gregory Monroe Martin
MARTIN & JONES
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Carolyn Alleen McLain
WATKINS & EAGER
P.O. Box 650
Jackson, MS 39205-0650

Neal Lewis Moskow
URY & MOSKOW LLC
883 Black Rock Turnpike
Fairfield, CT 06825

Timothy W. Porter
PORTER & MALOUF PA
P.O. Box 12768
Jackson, MS 39236-2768

**IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION**  MDL No. 1928

## INVOLVED JUDGES LIST (CTO-15)

Hon. Sandra S. Beckwith
Chief Judge, U.S. District Court
810 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Robert J. Conrad, Jr.
Chief Judge, U.S. District Court
United States District Court
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Barbara B. Crabb
Chief Judge, U.S. District Court
United States District Court
P.O. Box 591
Madison, WI 53701-0591

Hon. Peter C. Dorsey
Senior U.S. District Judge
107 Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. Joseph J. Farnan, Jr.~~
~~U.S. District Judge~~
~~4124 J. Caleb Boggs Federal~~
~~Building~~
~~844 North King Street~~
~~Wilmington, DE 19801-3519~~

Hon. Stephen P. Friot
U.S. District Judge
3102 U.S. Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

Hon. Janet C. Hall
U.S. District Judge
417 Brien McMahon Federal Building &
U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604-4706

Hon. Daniel P. Jordan, III
U.S. District Judge
110 James O. Eastland
United States Courthouse
245 East Capitol Street
Jackson, MS 39201-2409

Hon. William L. Osteen, Jr.
U.S. District Judge
United States District Court
L. Richardson Preyer Federal Building
Suite 244
324 West Market Street
Greensboro, NC 27401-7455

Hon. Stefan R. Underhill
U.S. District Judge
411 Brien McMahon Federal Building
& U.S. Courthouse
915 LaFayette Boulevard
Bridgeport, CT 06604-4706

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION  MDL No. 1928

### INVOLVED CLERKS LIST (CTO-15)

Robin Tabora, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

~~Peter T. Dalleo, Clerk~~
~~J. Caleb Boggs Federal Bldg.~~
~~Lockbox 18~~
~~844 North King Street~~
~~Wilmington, DE 19801-3570~~

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

Frank G. Johns, Clerk
210 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Joseph W. Skupniewitz, Clerk
U.S. District Court
P.O. Box 432
Madison, WI 53701-0432